Consolidated Lithographing Corporation *v.*
Cohen Auto Parts Co., Inc., Appellant.

Argued October 4, 1967. Before BELL, C. J., JONES, COHEN, EAGEN and O'BRIEN, JJ.

*Harry D. Martin* and *John M. Wolford,* with them *Elderkin, Martin and Kelly,* and *Dunn and Wolford,* for appellants.

*Warren W. Bentz,* with him *W. Louis Schlesinger,* for appellee.

OPINION PER CURIAM, January 3, 1968:
Judgment affirmed.
Mr. Justice MUSMANNO and Mr. Justice ROBERTS took no part in the consideration or decision of this case.